FILED: May 19, 2017

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 17-1640

(8:16-cv-04003-HMH)

_____

UPSTATE FOREVER; SAVANNAH RIVERKEEPER

  Plaintiffs - Appellants

v.

KINDER MORGAN ENERGY PARTNERS, L.P.; PLANTATION PIPE LINE COMPANY, INC.

  Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of South Carolina at Anderson |
| Originating Case Number | 8:16-cv-04003-HMH |
| Date notice of appeal filed in originating court: | 05/18/2017 |
| Appellant (s) | Upstate Forever, Savannah Riverkeeper |
| Appellate Case Number | 17-1640 |
| Case Manager | Cathy Poulsen<br>804-916-2704 |