FILED: November 7, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1640
(8:16-cv-04003-HMH)
_____

UPSTATE FOREVER; SAVANNAH RIVERKEEPER

       Plaintiffs - Appellants

v.

KINDER MORGAN ENERGY PARTNERS, L.P.; PLANTATION PIPE LINE COMPANY, INC.

       Defendants - Appellees

------------------------------

ANDERSON COUNTY, SOUTH CAROLINA; PIPELINE SAFETY TRUST

       Amici Supporting Appellant

AMERICAN PETROLEUM INSTITUTE; ASSOCIATION OF OIL PIPE LINES; GPA MIDSTREAM ASSOCIATION; TEXAS PIPELINE ASSOCIATION; NATIONAL ASSOCIATION OF COUNTIES; NATIONAL LEAGUE OF CITIES; NATIONAL ASSOCIATION OF CLEAN WATER AGENCIES; AMERICAN FOREST AND PAPER ASSOCIATION; AMERICAN IRON AND STEEL INSTITUTE; EDISON ELECTRIC INSTITUTE; NATIONAL MINING ASSOCIATION; UTILITY WATER ACT GROUP; STATE OF WEST VIRGINIA; STATE OF SOUTH CAROLINA; STATE OF ALABAMA; STATE OF ARKANSAS; STATE OF INDIANA;

STATE OF KANSAS; STATE OF LOUISIANA; STATE OF MISSOURI; STATE OF OKLAHOMA; STATE OF UTAH; STATE OF WISCONSIN; GOVERNOR PHIL BRYANT

    Amici Supporting Appellee

_____

O R D E R

_____

Upon consideration of submissions relative to appellants' motion for leave to file supplemental material as an exhibit to the brief, the court grants the motion.

Upon consideration of submissions relative to appellees' motion for leave to file supplemental material, the court grants the motion.

    For the Court

    /s/ Patricia S. Connor, Clerk