UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 7, 2017

_____

COPY FOLLOW-UP NOTICE
_____

No.   17-1640,        Upstate Forever v. Kinder Morgan Energy Partners
                      8:16-cv-04003-HMH

PAPER COPIES DUE: 11/13/2017

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing additional paper copies. Send sealed **and** redacted versions of any brief requested. Send public **and** sealed volumes of any appendix requested. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| **Document** | **# of Copies** | **Required From:** |
|---|---|---|
| Attachment/Addendum to Opening Brief | Four | Appellants |
| Attachment/Addendum to Response Brief | Four | Appellees |
| Reply Brief | | |
| Opening/Response Brief | | |
| Response/Reply Brief | | |
| Supplemental Brief | | |
| Intervenor/Amicus Brief | | |
| Appendix | | |
| Supplemental Appendix | | |

/s/ PATRICIA S. CONNOR, CLERK